No. 1192. El Pueblo, Apelado, *v.* Rivera et al., Apelante el Primero.—Infracción artículo 444A Código Penal. San Juan, Sección 2ª. Noviembre 9, 1917. *Confirmada la sentencia..*

No. 198. Suárez, Peticionario, *v.* Rossy, Juez Distrito San Juan, Sección Segunda, Demandado.—*Certiorari.* Noviembre 9, 1917. *No ha lugar.*

No. 199. Acha, Peticionario, *v.* Crosas, Juez Interino Distrito San Juan, Sección Primera, Demandado.—*Certiorari.* Noviembre 9, 1917. *No ha lugar.*

No. 21. Majenhs, Apelante, *v.* Padín, Apelado.—Aprobación de exposición del caso. San Juan, Sección 1ª. Noviembre 9, 1917. *No ha lugar.*

No. 1190. El Pueblo, Apelado, *v.* Sánchez, Apelante.— Acometimiento y agresión grave. San Juan, Sección 2ª. Noviembre 12, 1917. *Confirmada la sentencia.*

No. 1195. El Pueblo, Apelado, *v.* López, Apelante.—Acometimiento y agresión grave. San Juan, Sección 2ª. Noviembre 12, 1917. *Confirmada la sentencia pero modificada por una de acometimiento y agresión simple.*

No. 1201. El Pueblo, Apelado, *v.* Matos, Apelante.—Acometimiento y agresión grave. Humacao. Noviembre 13, 1917. *Desistida la apelación.*